No. 1878, Misc.   FORESTEL, ADMINISTRATRIX *v.* PENN NAVIGATION CO. ET AL.   C. A. 5th Cir.   Certiorari denied. *Raymond H. Kierr* for petitioner.   *Leon Sarpy* for respondents.

No. 578, October Term, 1963.   D'ERCOLE *v.* UNITED STATES, 375 U. S. 967.   Motion for leave to proceed *in forma pauperis* granted.   Motion for leave to file petition for rehearing denied.   MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions.

No. 1644, Misc.   SHOCK *v.* TESTER ET AL., 394 U. S. 1020.   Petition for rehearing and motion for stay denied.

No. 1283, Misc., October Term, 1967.   KORDIC ET UX. *v.* ESPERDY, DISTRICT DIRECTOR OF IMMIGRATION AND NATURALIZATION SERVICE, 392 U. S. 935;

No. 280.   UNITED STATES *v.* SKELLY OIL CO., 394 U. S. 678;

No. 834.   PENDERGRAFT *v.* MISSISSIPPI, 394 U. S. 715;

No. 1122.   FUND OF FUNDS, LTD. *v.* ROTH, 394 U. S. 975;

No. 1511, Misc.   CINNAMON *v.* EATON, SHERIFF, 394 U. S. 964;

No. 1522, Misc.   WINKLE *v.* KROPP, WARDEN, 394 U. S. 1003;

No. 1531, Misc.   DELORME ET AL. *v.* UNITED STATES, 394 U. S. 991;

No. 1545, Misc.   McKINNEY *v.* BOYLE ET AL., 394 U. S. 992;

No. 1565, Misc.   McCONNELL *v.* WASHINGTON ET AL., 394 U. S. 1004; and

No. 1568, Misc.   PARKER *v.* UNITED STATES, 394 U. S. 1004.   Petitions for rehearing denied.